## IN THE UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No. 1:20-MJ-146 |
| ) | |
| AMIR NASIR MANSOUR ) | |
| ) | |
| ) | |
| Defendant. ) | |

### AFFIDAVIT IN SUPPORT OF A
### CRIMINAL COMPLAINT AND ARREST WARRANT

I, Duane Rosa, being duly sworn, depose and state as follows:

### INTRODUCTION

1. I am a Task Force Officer with the Drug Enforcement Administration, and have been since March 2012. During my time in law enforcement, I have participated in the application for and execution of numerous arrest and search warrants in the investigation of narcotics and organized crime-related offenses, resulting in the prosecution and conviction of numerous individuals and the seizure of illegal drugs, weapons, stolen property, and other evidence of criminal activity.

2. As a narcotics investigator, I have interviewed many individuals involved in drug trafficking and have obtained information from them regarding the acquisition, sale, importation, manufacture, and distribution of controlled substances. Through my training and experience, I am familiar with the actions, habits, traits, methods, and terminology utilized by the traffickers and abusers of controlled dangerous substances.

3. Based upon this experience, I have become knowledgeable of the methods and modes of narcotics operations, and the language and patterns of drug abuse and trafficking. During

1

the course of my participation in investigations of narcotics trafficking organizations, I have testified at trial, in grand jury proceedings, and at probable cause and detention hearings. I have gained knowledge in the use of various investigative techniques including the utilization of wiretaps, physical surveillance, undercover agents, confidential informants and cooperating witnesses, the controlled purchases of illegal narcotics, electronic surveillance, consensually monitored recordings, investigative interviews, financial investigations, the service of administrative and grand jury subpoenas, and the execution of search and arrest warrants. I have acted in an undercover capacity, acted as the case agent, and assisted as a tactical team member during these drug operations.

4. This affidavit is being submitted in support of a criminal complaint charging Amir Mansour (hereinafter "MANSOUR") with knowingly and intentionally possessing with the intent to distribute 500 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

5. This affidavit contains information necessary to support probable cause. The information contained in this affidavit is not intended to include each and every fact and matter observed by or known to the United States. The facts and information contained in this affidavit are based upon my personal knowledge, information obtained from state and federal law enforcement officers, and information provided by cooperating witnesses. All observations referenced in this affidavit that were not made by me were related to me by the person who made such observation.

6. Law enforcement officers utilized a cooperating source (hereinafter "CS") during this investigation. For the purpose of this affidavit, the cooperating source will be referred to in

the masculine gender regardless of whether CS is in fact male or female. The cooperating source has provided information that has proven to be truthful and has made statements against his penal interests. To the extent possible, the information provided by CS has been corroborated through various investigative techniques, to include analysis of telephone toll records, and various surveillance techniques, independent investigation and other cooperating sources. CS has pending criminal charges in Virginia state court, and is cooperating with law enforcement with the hope of receiving a benefit in his case. To my knowledge, none of the information provided by CS to me or any other members of law enforcement has proved to be false, misleading or inaccurate in any material respect.

## PROBABLE CAUSE

### Investigation Background

7. In around September 2019, the Loudoun County Sheriff's Office began an investigation into the methamphetamine and cocaine trafficking activities of a drug trafficking organization ("DTO") operating in Loudoun County, Virginia, Washington, D.C., and Newark, New Jersey. Through call data record analysis, GPS monitoring, surveillance, and use of information obtained from a confidential source, law enforcement has been able to identify several individuals working for the organization, to include Amir MANSOUR. As discussed further herein, the results of law enforcement's investigation indicate that MANSOUR redistributes narcotics, including methamphetamine, obtained from other DTO members in and around the Eastern District of Virginia.

### Information Obtained From CS Regarding MANSOUR

8. In or around March 2020, a confidential source (CS) who was being detained on state drug charges, told law enforcement that an individual named Amir MANSOUR is a drug trafficker who distributes methamphetamine and cocaine, to include within the Eastern District of Virginia. The CS advised that MANSOUR resides in Delaware and Washington, D.C., and uses cellular phone number, (302) 442-8335. Further, CS stated that he had purchased methamphetamine multiple times from MANSOUR in Delaware, and that MANSOUR had traveled to the Sterling, Virginia to distribute drugs to him as well.

9. During the week of March 8, 2020, law enforcement met with the CS multiple times to place controlled phone calls to MANSOUR at the telephone number (302) 442-8335. During these controlled phone calls, CS arranged to purchase a quantity of methamphetamine and cocaine from MANSOUR on March 13, 2020 at a specified location in Loudoun County, Virginia, within the Eastern District of Virginia.

### March 13, 2020 Law Enforcement Encounter with MANSOUR in Loudon County

10. On or about March 13, 2020, CS placed additional controlled phone calls with MANSOUR, using the phone number (302) 442-8335, to further coordinate the location for the drug transaction. At approximately 7:30 PM that evening, Loudoun County Tactical Enforcement Unit (TEU) observed a silver Honda pickup truck bearing Delaware registration, C39043, traveling north on Potomac View Road, Sterling, Virginia, located within Loudoun County, within the Eastern District of Virginia. A member of TEU identified the driver as MANSOUR by photographs provided during a preoperational intelligence briefing. Law enforcement had previously shown the same photograph to CS, who identified the individual as MANSOUR. Law enforcement observed that MANSOUR was the sole occupant of the vehicle,

and watched him drive up to and park in the area of the prearranged meet location. Thereafter, CS placed another controlled phone call to MANSOUR, directing him to a location nearby where he (CS) would meet him; MANSOUR complied with the direction.

11. Thereafter, members of TEU approached MANSOUR and placed him in investigative custody. During a pat down of MANSOUR, law enforcement located two plastic baggies, each containing a white powder substance, from MANSOUR'S groin area. A subsequent search of MANSOUR'S vehicle resulted in the discovery within the inside rear cargo area of the vehicle of two gallon-sized plastic bags, each containing a crystal-like substance. These items were seized by law enforcement, and a field tests were conducted of one of the plastic gallon-sized bags and one of the plastic baggies recovered from MANSOUR'S person.

12. The field test of one of the gallon-sized bags confirmed the substance contained a detectable amount of methamphetamine. The field test of one of the plastic baggies recovered from MANSOUR'S groin area returned a positive result for the presence of cocaine. The second plastic bag recovered from MANSOUR'S groin area is suspected to contain fentanyl. Subsequently, agents determined that the two gallon-sized plastic bags weighed a total of approximately 922 grams, the plastic baggie containing suspected fentanyl weighed approximately 13 grams, and the plastic baggie containing suspected cocaine weighed approximately 95 grams. These materials have been submitted for laboratory testing, storage, and safekeeping; results remain pending.

### Custodial Interview and Arrest of MANSOUR

13. MANSOUR was thereafter transported to the Loudoun County administration office in Leesburg, Virginia, and was issued his *Miranda* warnings. MANSOUR orally waived his *Miranda* rights and agreed to be interviewed by law enforcement officers. During the interview, MANSOUR: told the officers that his cell phone number is (302) 442-8335; identified the two large plastic bags found in his vehicle as containing "meth", the one smaller plastic baggie as containing cocaine, and the smallest plastic baggie as containing "fent" or "cut" (which, based on my training and experience, I assess to mean Fentanyl); and finally that the cost of the methamphetamine was $16,000 and the cost cocaine was $3,500. MANSOUR was formerly placed under arrest and processed at the Loudoun County Adult Detention Center, and is currently being detained in Loudoun County on related state charges.

## CONCLUSION

14. Based on the facts outlined above, your Affiant respectfully submits there is probable cause to believe that from in or about March, 2020 to the present, within the Eastern District of Virginia and elsewhere, defendant Amir MANSOUR knowingly, and intentionally possessed with the intent to distribute 500 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21 U.S.C. § 841(a)(1).

I declare under penalty of perjury that the statements above are true and correct to the best of my knowledge and belief.

_Duane Rosa_ 11:12 am
Duane A. Rosa
Task Force Officer
Drug Enforcement Administration

Sworn and subscribed to before me this __13__ day of May, 2020.

Digitally signed by Michael S. Nachmanoff
Date: 2020.05.13 13:02:08 -04'00'

The Honorable Michael S. Nachmanoff
United States Magistrate Judge

7